190 So.2d 555

**Mathew PATRICK**

**v.**

**STATE.**

**6 Div. 347.**

Supreme Court of Alabama.

Sept. 29, 1966.

Rogers, Howard, Redden & Mills, Birmingham, for petitioner.

Richmond M. Flowers, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., opposed.

LAWSON, Justice.

Petition of Mathew Patrick for certiorari to the Court of Appeals to review and revise the judgment and decision in Patrick v. State, 43 Ala.App. 338, 190 So.2d 551.

Writ denied.

LIVINGSTON, C. J., and GOODWYN and MERRILL, JJ., concur.

190 So.2d 725

**Glenn PRICE**

**v.**

**STATE.**

**6 Div. 364.**

Supreme Court of Alabama.

Oct. 6, 1966.

Richmond M. Flowers, Atty. Gen., and Julian S. Pinkston, Asst. Atty. Gen., for petitioner.

Crampton Harris and Robt. G. Esdale, Birmingham, and Robt. A. Sapp, Cullman, opposed.

SIMPSON, Justice.

Petition of the State for certiorari to the Court of Appeals to review and revise the judgment and decision reversing a judgment of conviction for grand larceny in Price v. State, 43 Ala.App. 357, 190 So.2d 724.

Writ denied.

LIVINGSTON, C. J., and COLEMAN and HARWOOD, JJ., concur.